IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA A. JONES, ANDREA MAYS, NICOLE LEWIS and LILLIAN WELDON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | ) <br> ) Case No.: 1:07-cv-00036 <br> ) <br> ) <br> ) HONORABLE RUBEN CASTILLO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PLAINTIFFS' AND DEFENDANT'S JOINT MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES

Pursuant to Fed. R. Civ. P. 23, the parties jointly move this Court for entry of an order of final approval of the Settlement Agreement that was preliminarily approved by this Court on September 2, 2010. In support of this Motion, the parties rely upon this Motion, Plaintiffs' Memorandum in Support of the Motion for Final Approval and all accompanying exhibits, Plaintiffs' Memorandum in Support of Preliminary Approval and all accompanying exhibits, the record in this action, and such other documentary and oral evidence as may be presented to the Court at the hearing of this motion. A draft order is attached to this motion as Exhibit 1.

WHEREFORE, the parties jointly request entry of the attached draft or similar order.

00248322

Respectfully submitted,

/s/ Kirsten Milton Evans

Nina G. Stillman
Sari M. Alamuddin
James E. Bayles, Jr.
Alison B. Willard
Kirsten Milton Evans
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312.324.1000

Attorneys for the Defendant

/s/ Joshua Karsh

Matthew J. Piers
Joshua Karsh
José Jorge Behar
Hughes Socol Piers
   Resnick & Dym Ltd.
70 West Madison Street
Suite 4000
Chicago, IL 60602
Telephone: 312.580.0100

John M. Brown
Law Office of John M. Brown
118 Oak Street
Hartford, CT 06106
Telephone: 860.560.0100

Attorneys for the Plaintiffs

00248322