IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA A. JONES, ANDREA MAYS, NICOLE LEWIS and LILLIAN WELDON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>WALGREEN CO.,<br><br>    Defendant. | ) <br>) Case No.: 1:07-cv-00036<br>)<br>)<br>) HONORABLE RUBEN CASTILLO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO SUPPLEMENT

Plaintiffs Pamela A. Jones, Andrea Mays, Nicole Lewis and Lillian Weldon ("Plaintiffs), through undersigned counsel, respectfully request leave to supplement the record in support of the parties' Joint Motion for Final Approval of Class Action Settlement and Approval of Class Certification for Settlement Purposes ("Joint Motion for Final Approval"). In support of this request, plaintiffs state as follows:

1. On December 16, 2011, the parties filed their Joint Motion for Final Approval, dkt. #126. Attached as Exhibit 1 to the Joint Motion for Final Approval was a Proposed Final Order Approving Class Settlement and Certification of Class for Settlement Purposes, which included a list of timely, valid requests for exclusion, as Exhibit A.

2. Since that time, Settlement Services, Inc. ("SSI"), the settlement administrator, has received one additional timely, valid request for exclusion and 6

untimely requests for exclusion. As a result of the additional requests for exclusion, plaintiffs seek leave to file a Supplemental Declaration of Mark Patton in Support of the Parties' Joint Motion for Final Approval of the Settlement Agreement (attached as Exhibit 1), which sets forth SSI's receipt of additional requests for exclusion.

3. Plaintiffs also seek leave to file a Revised Proposed Final Order Approving Class Settlement and Certification of Class for Settlement Purposes (attached as Exhibit 2), with an updated list of timely, valid requests for exclusion as Exhibit A.

WHEREFORE, plaintiffs respectfully request that this Court grant them leave to supplement the record with the following: (1) Supplemental Declaration of Mark Patton in Support of the Parties' Joint Motion for Final Approval of the Settlement Agreement, and (2) Revised Proposed Final Order Approving Class Settlement and Certification of Class for Settlement Purposes.

Dated: January 24, 2011

Respectfully submitted,

/s/ Joshua Karsh--------------------

| | |
|---|---|
| Matthew J. Piers | |
| Joshua Karsh | John M. Brown |
| José Jorge Behar | Law Office of John M. Brown |
| Hughes Socol Piers | 118 Oak Street |
|    Resnick & Dym Ltd. | Hartford, CT 06106 |
| 70 West Madison Street. Suite 4000 | Telephone: 860.560.0100 |
| Chicago, IL 60602 | |
| Telephone: 312.580.0100 | |

Attorneys for the Plaintiffs