Order Form (01/2005)

## United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 36 | **DATE** | 1/27/2011 |
| **CASE TITLE** | Pamela A. Jones, et al. Vs. Walgreen Co. | | |

**DOCKET ENTRY TEXT**

Fairness hearing held on 1/27/2011. Plaintiffs' motion to supplement [133] is granted. The Court finds the settlement is fair and reasonable and hereby approves the class action settlement. The Court also finds the attorneys' fees and costs, and the damage awards to the Named Plaintiffs are fair and reasonable. Enter Revised Proposed Final Order Approving Class Settlement and Certification of Class For Settlement Purposes. This case is hereby dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:15

|  | Courtroom Deputy Initials: | RO |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA A. JONES, ANDREA MAYS, NICOLE LEWIS and LILLIAN WELDON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | ) Case No.: 1:07-cv-00036 <br> ) <br> ) HONORABLE RUBEN CASTILLO <br> ) |

EXHIBIT 2

## REVISED PROPOSED FINAL ORDER APPROVING CLASS SETTLEMENT AND CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES

WHEREAS, the parties have jointly requested this Court to enter an order approving the settlement of this case in accordance with a Settlement Agreement, fully executed on August 27, 2010, (the "Settlement Agreement" or "Settlement"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a settlement of this case on a class-wide basis and for dismissal of the case with prejudice upon the terms and conditions set forth therein;

WHEREAS, the Court has read and considered the Settlement Agreement, the Exhibits annexed thereto, Parties' Joint Motion for Preliminary Approval of the Settlement and all accompanying papers, and the Parties' Joint Motion for Final Approval of the Settlement and all accompanying papers.

WHEREAS, the Court having conducted a hearing in open court on January

1

27, 2011, which __0__ members of the class attended:    *RC*

NOW THEREFORE, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. For purposes of the Settlement, the Court has subject matter and personal jurisdiction over the parties and this dispute.

2. On September 2, 2010, this Court entered an order granting the Parties' Joint Motion for Preliminary Approval of the Class Action Settlement; Conditional Certification of a Settlement Class, Designation of Class Representatives and Appointment of Class Counsel; Approval of the Form and Manner of Class Settlement Notice; and Scheduling a Final Fairness Hearing, Dkt. 117, and Administrative Order No. 1, Dkt. 118.

3. The Settlement Agreement entered into by the parties was attached as Exhibit A to their Joint Motion for Preliminary Approval. That Settlement Agreement is now before the Court for final approval.

4. This Order incorporates by reference the definitions in the Settlement Agreement submitted by the Parties, and all terms shall have the same meaning as set forth in the Settlement Agreement.

5. Administrative Order No. 1 conditionally certified a settlement class consisting of the following: "All women who were employed by Walgreens as an MGT, EXA, or MGR at any time between September 11, 2004 and March 31, 2009."

6. Administrative Order No. 1 approved the form of class notice attached to the Settlement Agreement as Exhibit A, and the plan for its dissemination specified in the Settlement Agreement. The Court has carefully reviewed the

2

declaration of the Settlement Administrator regarding class notice. Upon this review, the Court finds that the notice requirements set out and incorporated by Administrative Order No. 1 have been fully and adequately met and that such notice satisfies the requirements of Rule 23 and Due Process and was the best notice practicable under the circumstances.

7. The Settlement Agreement, as approved by Administrative Order No. 1, provided an opportunity for class members to opt out of the settlement. Of the 21,575, only 214 class members have filed timely, valid requests for exclusion. A list of the persons who submitted timely, valid requests for exclusion is attached as Exhibit A to this Order. Those requests are granted, and those individuals shall not be bound by the terms of the Settlement Agreement.

8. The Settlement Agreement, as approved by Administrative Order No. 1, provided an opportunity for class members to object to the Settlement Agreement and specified procedures and a due date (December 2, 2010) for such objections. The Court has received five letters, all of which it will treat for the limited purpose of considering whether the settlement is fair, reasonable, and adequate as objections to the Settlement Agreement. A list of the persons who submitted objections is attached as Exhibit B to this Order.

9. The Court has carefully considered the letters. Upon all the information and evidence, the Court finds that some of the "objections" do not in fact object to the settlement as agreed to by the parties and that none of the objections is well taken or persuades the Court that the Settlement Agreement is

3

other than a reasonable, fair, and adequate resolution of the claims of the class members, for the reasons stated on pages 9-12 of Plaintiffs' Memorandum in Support of the Joint Motion for Final Approval.

10. The Administrative Order designated Matthew J. Piers, Joshua Karsh, José Behar and John Brown as Class Counsel, and Pamela A. Jones, Andrea Mays, Nicole Lewis, and Lillian Weldon as representatives for the Class ("Named Plaintiffs"). The appointments with respect to the Named Plaintiffs and Class Counsel are now confirmed and made final. The Named Plaintiffs and Class Counsel have fairly and adequately represented and protected the interests of the Settlement Class.

11. Pursuant to the Settlement Agreement, the Named Plaintiffs will receive incentive awards totaling, collectively, $80,000. The Court approves, as fair and reasonable, the incentive awards to Named Plaintiffs, which will be divided as follows: $50,000 to plaintiff Pamela A. Jones, and $10,000 each to named plaintiffs Andrea May, Nicole Lewis and Lillian Weldon.

12. Pursuant to the Settlement Agreement, defendant has agreed to pay plaintiffs' litigation costs and attorneys' fees in the total amount of $1,800,000. The Court approves, as fair and reasonable, Plaintiffs' request for $1,800,000 in attorneys' fees and costs.

13. Upon all of the foregoing findings, and the entire record herein, the Court finds the Settlement Agreement to be fair, reasonable, and adequate pursuant to Rule 23(e) and in the best interests of the members of the Settlement

Class, and is hereby approved.

14. All members of the Settlement Class are enjoined from commencing, prosecuting, or maintaining any claim already asserted in, and encompassed by, this Action, or challenging or seeking review of or relief from any order, judgment, act decision or ruling of this Court in connection with the Settlement Agreement.

15. Judgment is entered dismissing the lawsuit with prejudice in accordance with the terms of the Settlement Agreement. This Court retains jurisdiction solely for the purposes specified in § IV.A of the Settlement Agreement.

ENTER:

_____
United States District Court

Dated: __1/27/11__

5

# EXHIBIT A

| JONES v. WALGREEN COMPANY, 07-cv-00036 | |
|---|---|
| Individuals who filed timely opt out notices | |
| Last name | First name |
| ACKERMAN | JESSICA K |
| ALEXANDER | AMY E |
| ALVAREZ | YULIET |
| ANDERSON | BRITTANY L |
| ANTOINE | BRIANNE |
| ARRINGTON | VICKI L |
| AZZOLI | ANNE |
| BACIC | DENISE L |
| BACON | JESSICA L |
| BAILEY-DUHON | TIFFANY N |
| BAKER | ANDREA J |
| BALMAKHTAR | KATRINA JAYNE |
| BARAN | LISA F |
| BARNETT | CARLOTTA R |
| BARNETT | LORNA K |
| BELKOLA | HIEN |
| BERNARD | CLAUDETTE A |
| BERTRAM | LINDSEY A |
| BIDDLE (BEACH) | MARGARET A |
| BIERL | CHRISTINE J |
| BLACKWELL | JOAN C |
| BONK | AMYBETH |
| BOOKER | JACQUELINE Y |
| BOREL | BROOKE E |
| BRILEY | ALICIA R |
| BROGHAMMER | LOREE A |
| BRUNE | SHARI L |
| BURIA | STEPHANIE J |
| BUSH | DOROTHY E |
| BUTCHER | KELLY M |
| BYRD | ANGELA D |
| BYRD | SHERRY W |
| CAIN | TERESA M |
| CAMPBELL | NICOLE M |
| CARDOSO | GRACIELA M |
| CATUCCI | KRISTIN |
| CHRISTIAN | ALFREDA R |
| CLARK | CASSANDRA L |
| CLARK | ERICA C |
| COCAGNE | JODI S |



EXHIBIT A

| JONES v. WALGREEN COMPANY, 07-cv-00036 | |
|---|---|
| Individuals who filed timely opt out notices | |
| | |
| Last name | First name |
| COLEMAN | MELANIE C |
| COURTNEY | BRENDA G |
| CRISSUP | MEAGAN M |
| CUNANE | KATHLEEN T |
| CURL | JOYCE |
| DELISLE | SARAH K |
| DELMAIN | DONNA L |
| DESANTO | HEATHER M |
| DIAS | JENNIFER R |
| DONNAURNMO | LISA M |
| ELMORE | CORA J |
| EMMONS | KAREN M |
| ENRIQUEZ | ROCZANE |
| FABRIZI | LAURA C |
| FATEMI | MAHDOKHT M |
| FEAHR | KATHERINE M |
| FERTITTA | TEENA H |
| FLETCHER | CINDY L |
| FONT | MICHELE G |
| FRANKS | JILL L |
| FREDERICKS | NICOLE M |
| FREELAND | SARAH M |
| FREET | NANCY E |
| FRICK | KATHERINE L |
| FRYE | JENNIFER F |
| FUSILIER | AMY M |
| GAIDE | LEAH MOEDE |
| GASTINEAU | VICTORIA |
| GIESEL | BEVERLEE E |
| GRAHAM | EMILY J |
| GRAY | NICOLE |
| GREGORY | STEPHANIE |
| GRIFFITH | SARAH A |
| GUMM | BRANDIE |
| HALL | MONICA M |
| HALM | ELIZABETH D |
| HANSON | KRISTEN D |
| HERRERA | DEBRA A |
| HERRERA | LISA |
| HESS | ROBYN K |

| JONES v. WALGREEN COMPANY, 07-cv-00036 | |
|---|---|
| Individuals who filed timely opt out notices | |
| | |
| Last name | First name |
| HICKS | WANDA G |
| HILL | KIMBERLY D |
| HOLMES | ELIZABETH S |
| HOPE | KERI A |
| HOWE | CASSANDRA L |
| IMHOF | SALLY A |
| IRWIN | ELIZABETH SARAH |
| ISAACS | MELINDA |
| JACKSON | VINCENZINA CULLARO |
| JACOBY | KATHLEEN S |
| JAMES | KIMBERLY A |
| JENKINS | ANDREA L |
| JOHNSON | MARGARET A |
| KALTENBACH | CHRISTINE L |
| KEAVENEY | TERESA A |
| KING | TINA MARIE |
| KLASINSKI | KATHERINE M |
| KNESNIK | KATHY J |
| KURE | ELIZABETH A |
| KUREK | MARY F |
| LEA | DIANE |
| LEJEUNE | AMY MAYNOR |
| LEMERANDE | WENDI M |
| LEMMER | DAWN M |
| LILLY | ALINA M |
| LIND | ASHLEY A |
| LITTRELL | JENNIFER A |
| LOPEZ | PRISCILLA |
| MAHAR | ELAINE M |
| MARSEE | PATTY L |
| MATTES | JULIE LYNNE |
| MAUE | SUSAN M |
| MAY | CAROLE A |
| MAY | LISA F |
| MAYHALL | JOAN MANUELA |
| MCBRIDE | JENNIFER M |
| MCCULLOUGH | JEANNE M |
| MCLEAN | NANCY S |
| MILLER | JENNIFER |
| MILLER | THERESA A |

| JONES v. WALGREEN COMPANY, 07-cv-00036 ||
|---|---|
| Individuals who filed timely opt out notices ||
| | |
| Last name | First name |
| MITCHELL | CRYSTAL Y |
| MONDRAGON | GINA L |
| MONTIJO | BECKY JO |
| MORRIS | JODI SUE |
| MOTTOLA | ANN M |
| MURPHY | SAMANTHA |
| MURRAY | CHRISTINE C |
| MURRAY | JOSEPHINE |
| NICHOLS | GINA M |
| NICOLETTI | KERRI A |
| O'CONNELL | CHRISTINA M |
| OLDAKOWSKI | SARA JEAN |
| ORDONEZ | KATHRYN |
| OROZCO | JENNIFER C |
| ORTIZ LOZOYA | YESENIA |
| PADILLA | GENA M |
| PAGAN | MARITZA A |
| PAPPAS | MONICA A |
| PARKS | MARGARET J |
| PARR | CANDACE A |
| PAUL | MONICA M |
| PENA | LORETTA |
| PETERSON | CANDY D |
| PETERSON | SHAUNA RENEE |
| PETRALIA | LINDA A |
| POUNDERS | VALERIE R |
| PROPES | TIFFANY MICHELE |
| PRUNTY | TERESA A |
| PUNZEL | JULIE |
| PURSEL | KEILEEN J |
| RALLI | JENNIFER |
| RAMOLA | JENNIFER A |
| RATTERREE | AUTUMN D |
| RAYAR | MARY |
| RAYMOND | JAMIE H |
| REED | SAMEERAH M |
| RHODES | SONJA S |
| ROEBUCK | DANIELLE R |
| ROLIN | SANDY L |
| ROMERO | LOUANNA L |

**JONES v. WALGREEN COMPANY, 07-cv-00036**
**Individuals who filed timely opt out notices**

| Last name | First name |
|---|---|
| ROMERO | MELANIE L |
| ROOME | PEGGY J |
| ROSKEY | KAREN J |
| ROSS | MEGAN J |
| SACHS | KIMBELY K |
| SANCHEZ | DIANA |
| SANDERS | JACQUELINE R |
| SARTAIN-PAUL | DEBORAH L |
| SAVONE | ADRIENNE M |
| SCHNEIDER | CYNTHIA J |
| SCHWEIZER | ELIZABETH M |
| SELLNO | SANDRA M |
| SERRATOS | REBECCA L |
| SINCLAIR | BEVERLY R |
| SKOY | DANIELLE |
| SKYLES | MARY |
| SLATTERY | ILYN O |
| SMITH | TIFFANY J |
| SOLEIMANPOUR | SEPIDEH |
| SPARKS | LEAH |
| SPRAGUE | LISA M |
| STOUGH | LISA M |
| STRANGE | CYNTHIA L |
| STRITEHOFF | THERESA A |
| SULLIVAN | JENNIFER L |
| SULLIVAN | MYKEL J |
| TENNYSON SMITH | JENNIFER D |
| THOMAS | MELISSA ANN |
| THOMPSON | LANISA M |
| TILLMAN | KEMEDONTAE K |
| TIMMONS | EDNA PEREZ- |
| TORRES | CHRISTY ANN |
| TRAN | ANN |
| TRNINIC | JELENA |
| VESSELS | KAREN S |
| WALL | KACEY L |
| WALLACE | SUSAN K |
| WARREN | PHYLLIS R |
| WEBB | CHRISCYNTHIA |
| WEDEL | RONDA |

| JONES v. WALGREEN COMPANY, 07-cv-00036 | |
|---|---|
| Individuals who filed timely opt out notices | |
| | |
| Last name | First name |
| WELLAR | JENNIFER C |
| WERNICKE | GINGER L |
| WEST | STACEY A |
| WHITE | CRYSTAL M |
| WILKINSON | TRACEY E |
| WILLIAMS | MARY F |
| WILSON | ANDRE L |
| WINEBAUGH | CHRISTINE M |
| WOLFORD | KIMBERLY K |
| WRIGHT | APRIL L |
| WYLDES | ANN M |
| YOST | MAGGIE L |
| YOUNG | JENNIFER |
| ZIEHMER | SARAH J |

| JONES v. WALGREEN COMPANY, 07-cv-00036 | |
|---|---|
| Individuals who filed timely opt out notices | |

# EXHIBIT B

## Jones v. Walgreen Co., 07-cv-00036
## Individuals who submitted letters of objection

| Last name | First name | Date filed | Docket # |
|---|---|---|---|
| Joseph | Benia | 12/16/2010 | 119 |
| Scott | Amber | 12/16/2010 | 120 |
| Schwartz | Katrina | 12/16/2010 | 121 |
| Stefanich | Kelly Ann | 12/16/2010 | 122 |
| Zaima Alli | Bebi | 12/16/2010 | 123 |



EXHIBIT B